LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
By: F. JAMES LOPREST, JR.
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2728
Facsimile:  (212) 637-2786
E-mail: james.loprest@usdoj.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

DOUGLAS CHARLES LAWRENCE,

                Defendant.

------------------------------------------------------------------ x

**JUDGMENT OF DEFAULT**

08 Civ. 10273 (JSR)

      THIS ACTION having been commenced by the filing of the Complaint for Denaturalization

of the United States of America ("Complaint") on November 25, 2008; service of the summons and

Complaint upon defendant Douglas Charles Lawrence ("defendant" or "Lawrence") having been

effected on December 30, 2008; the United States having filed the affidavit of service with the Clerk

Cit. Cert. No. 22 987 202
Alien Reg. No. 91 445 264

of the Court on December 31, 2008; defendant not having appeared, answered or made any motion with respect to the Complaint; the time for defendant to appear, answer or make any motion with respect to the Complaint having expired; and the United States having moved the Court for summary judgment pursuant to Rule 56(c) of the Federal Rules of Civil Procedure or, in the alternative, for a judgment of default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure;

NOW, on the motion of Lev. L. Dassin, Acting United States Attorney for the Southern District of New York, attorney for the United States, it is hereby

ORDERED AND ADJUDGED: that Judgment be, and hereby is, entered against defendant Douglas Charles Lawrence, denaturalizing him pursuant to § 340(a) of the Immigration and Nationality Act of 1952 ("INA"), 8 U.S.C. § 1451(a); and it is further

ORDERED AND ADJUDGED that the naturalized citizenship in the United States of defendant Douglas Charles Lawrence be, and hereby is, revoked; and it is further

ORDERED AND ADJUDGED that the certificate of naturalization (Certificate No. 22 987 202) issued to defendant Douglas Charles Lawrence following his admission to naturalized citizenship in the United States at a public ceremony in Miami, Florida, on September 29, 1996, be, and hereby is, cancelled; and it is further

ORDERED AND ADJUDGED that defendant Douglas Charles Lawrence be, and hereby is, enjoined from claiming any rights, privileges, benefits, or advantages under any document evidencing citizenship in the United States; and it is further

ORDERED AND ADJUDGED that defendant Douglas Charles Lawrence be, and hereby is, directed immediately to surrender and deliver to the Acting United States Attorney for the Southern

District of New York the certificate of naturalization issued to him, as well as any copies thereof, and any other indicia of United States citizenship in his possession, including any United States passport; and it is further

ORDERED AND ADJUDGED that the United States be awarded costs in this action; and it is further

ORDERED AND ADJUDGED, that there being no just cause for delay, the Clerk of Court is directed to enter Judgment forthwith.

Dated: New York, New York
      May 19, 2009

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

Cit. Cert. No. 22 987 202
Alien Reg. No. 91 445 264

Page 3 of 3